Cincinnati Bar Association *v.* Brown.

[Cite as *Cincinnati Bar Assn. v. Brown* (1997), 78 Ohio St.3d 345.]

(No. 96–2372—Submitted February 19, 1997—Decided May 14, 1997.)

*James L. O'Connell* and *Kevin L. Swick,* for relator.

*Per Curiam.* We concur with the findings, conclusions, and recommendation of the board. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.